**FILED**

FEB 1 2 2019

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,          )
                                   )
              Plaintiff,            )
                                   )
v.                                 )
                                   )     No.   4:19 MJ 0073 DDN
GARY SCOTT HANCOCK,                )
                                   )
              Defendant.            )

## MOTION FOR PRETRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its Attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, Sirena Miller Wissler, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the Government states as follows:

1.   Defendant is charged with an offense for which a maximum life imprisonment is prescribed in the Controlled Substances Act (Title 21, United States Code, Section 801, et seq., 841(a)(1)).

2.   Accordingly, a rebuttable presumption arises, pursuant to Title 18, United States Code, Section 3142(d)(3), that there are no conditions or combination of conditions which will reasonably assure the appearance of the defendant as required, and the safety of any other person and the community.

3.   There is a serious risk that the defendant will flee.

4.   The defendant is a threat to the community.

WHEREFORE, the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

SIRENA MILLER WISSLER #55374MO
Assistant United States Attorney